**Jerome Julius BROWN, Sr., Plaintiff–Appellant,**

v.

**E. King SMITH, U.S. Postal Inspector; Attorney General for the State of Maryland, Defendants–Appellees.**

No. 04–6537.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 12, 2004.

Decided: Aug. 18, 2004.

Jerome Julius Brown, Sr., Appellant pro se.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM:

Jerome Julius Brown, Sr. seeks to appeal the district court's order dismissing his complaint as frivolous under 28 U.S.C. § 1915(d) (1994), presently codified at 28 U.S.C. § 1915(e)(2)(B) (2000). We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

When the United States or its officer or agency is a party, the notice of appeal must be filed no more than sixty days after the entry of the district court's final judgment or order, Fed. R.App. P. 4(a)(1)(B), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5) or reopens the appeal period under Fed. R.App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." *Browder v. Director, Dep't of Corr.*, 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson*, 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered on the docket on May 30, 1997. The notice of appeal was filed on March 8, 2004. Because Brown failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*